JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SHORES HOSPITAL, | CV 12-5374 PA (MANx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| ANTHEM HEALTH PLANS, INC., | |
| Defendant. | |

Pursuant to the Court's October 30, 2012 Minute Order granting the Motion to Dismiss filed by defendant Anthem Health Plans, Inc. ("Defendant"), which dismissed the Complaint filed by plaintiff Pacific Shores Hospital ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: November 28, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE